```
1  CHARLES B. PERKINS  #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   E-Mail: cbperk@earthlink.net
4
   Attorneys for Plaintiff
5  SHERRI PARIS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/14/06*

| | |
|---|---|
| SHERRI PARIS,<br><br>          Plaintiffs,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.  C 06-00389 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date:   September 15, 2006<br>Time:           2:00 p.m.<br>Proposed Date:  November 17, 2006 |

WHEREAS, the parties appeared for a Joint Case Management Conference on June 9, 2006, advised the court that they had agreed to private mediation, and the court set a further Case Management Conference for September 15, 2006;

WHEREAS, the parties set a mediation before Vivian Williamson, Esq., to occur on September 12, 2006;

WHEREAS, Plaintiff's counsel requested that the mediation be continued, and the mediation has been rescheduled to November 8, 2006;

THEREFORE, the parties believe that, in the interest of efficiency and avoiding potentially

1  unnecessary expenses, the further Case Management Conference should be continued until
2  November 17, 2006, or some reasonable time following the mediation on November 8, 2006.
3      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants through their
4  respective counsel of record that the further Case Management Conference, currently scheduled for
5  September 15, 2006 at 2:00 p.m. be continued to November 17, 2006, or some other convenient
6  date following the scheduled mediation on November 8, 2006.
7      IT IS SO STIPULATED:

8      DATE: September 12, 2006          FLYNN, ROSE & PERKINS

10                                         By _____
11                                            CHARLES B. PERKINS
                                              Attorney for Plaintiff SHERRI PARIS

12     DATE: September ____, 2006

14                                         By _____
                                              KATHRYN CURRY
15                                            Attorney for Defendants LIBERTY LIFE
                                              ASSURANCE COMPANY OF BOSTON

17      IT IS HEREBY ORDERED THAT, the Further Case Management Conference, currently
18  scheduled for September 15, 2006 is continued to _____.
19      IT IS SO ORDERED:
20      DATE: September ____, 2006.       _____
21                                         RONALD M. WHYTE
                                           United States District Judge

1  unnecessary expenses, the further Case Management Conference should be continued until
2  November 17, 2006, or some reasonable time following the mediation on November 8, 2006.
3      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants through their
4  respective counsel of record that the further Case Management Conference, currently scheduled for
5  September 15, 2006 at 2:00 p.m. be continued to November 17, 2006, or some other convenient
6  date following the scheduled mediation on November 8, 2006.
7      IT IS SO STIPULATED:
8  
9  DATE: September ___, 2006    FLYNN, ROSE & PERKINS
10 
11     By_____
12     CHARLES B. PERKINS
       Attorney for Plaintiff SHERRI PARIS
   DATE: September 12, 2006
13 
14     By /s/ Kathryn C. Curry
15     KATHRYN CURRY
       Attorney for Defendants LIBERTY LIFE
16     ASSURANCE COMPANY OF BOSTON

17     IT IS HEREBY ORDERED THAT, the Further Case Management Conference, currently
18 scheduled for September 15, 2006 is continued to November 17, 2006 @ 10:30 a.m.
19     IT IS SO ORDERED:
20 DATE: September 14, 2006.    /s/ Ronald M. Whyte
21     RONALD M. WHYTE
       United States District Judge
22
23
24
25
26
27
28

Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C06-00389 RMW