1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  ERIN A. CORNELL (SBN 227135)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA  94063
4  Telephone:   (650) 364-8200
   Facsimile:    (650) 780-1701
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10            SAN JOSE DIVISION      *E-FILED - 12/14/06*

11

12  SHERRI PARIS,                    CASE NO.  CV 06-00389 RMW

13            Plaintiff,             **STIPULATION AND [PROPOSED]
                                     ORDER OF DISMISSAL OF DEFENDANT
14  v.                               LIBERTY LIFE ASSURANCE COMPANY
                                     OF BOSTON WITH PREJUDICE**
15  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON, and DOES 1
16  though 10, inclusive,

17            Defendants.

18

19       **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff, Sherri Paris,

20  and defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), through their

21  respective counsel, that the above-captioned action, and all claims alleged therein against Liberty

22  Life shall be and are hereby dismissed with prejudice; and that each party shall bear its own fees

23  and costs incurred in this action.

24  / /

25  / /

26  / /

27  / /

28  / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/418514.1/EAC                 - 1 -      STIPULATION AND PROPOSED ORDER OF
                                            DISMISSAL CV 06-00389 RMW

1   Dated: December 12, 2006                    FLYNN, ROSE & PERKINS

2

3                                               By: *Charles Perkins*
                                                    CHARLES PERKINS
4                                                   Attorneys for Plaintiff
                                                    SHERRI PARIS
5

6   Dated: December 11, 2006                    ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                               By: *Kathryn C. Curry*
                                                    PAMELA E. COGAN
9                                                   KATHRYN C. CURRY
                                                    ERIN A. CORNELL
10                                                  Attorneys for Defendant
                                                    LIBERTY LIFE ASSURANCE
11                                                  COMPANY OF BOSTON

12

13                                   **ORDER**

14         IT IS HEREBY ORDERED that defendant Liberty Life Assurance Company of Boston is

15   dismissed with prejudice.

16

17   Dated: December 14, 2006                    /s/ Ronald M. Whyte

18                                               **HONORABLE RONALD M. WHYTE**
                                                 **UNITED STATES DISTRICT JUDGE**
19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City